**Order entered August 25, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00063-CV

## MOSHE FELDHENDLER AND LEAH FELDHENDLER, Appellants

## V.

## JULIE BLASNIK AND ALL OCCUPANTS 6608 CRESTLAND AVENUE DALLAS, TEXAS 75252, Appellee

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-02486-2019**

### ORDER

Before the Court is court reporter Thomas Mullins's request for extension of time to file a supplemental reporter's record due August 24, 2020. Mr. Mullins explains the extension is necessary, in part, because he has not received payment for the record from the parties.

We **GRANT** the request and **ORDER** either the supplemental reporter's record or written verification of non-payment be filed no later than September 8, 2020. We caution the parties that the appeal will be submitted on the current

record should the Court receive verification of non-payment.  *See* TEX. R. APP. P.

37.3(c).


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE